VICTOR M. MARIN, as Ancillary Administrator of the Estate of JUAN-ROMAN G. TUDURI, Deceased, Appellant, *v.* FRANCISCA REYES, INC., Respondent.

(Argued October 25, 1933; decided November 21, 1933.)

*Odin Gustafson, Joseph J. Shapiro* and *Sol Kaplan* for appellant.

*Samuel Gottlieb* and *Cornelius B. Chapman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.